## Hecht v. Hecht, Appellant.

Argued October 1, 1930. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

*Leonard A. Mazer,* for appellant.

*Nathan Franzos* and *Sidney Sanes,* for appellee.

PER CURIAM, November 24, 1930:
We affirm the judgment in this case on the opinion of the court below.